[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10153
_____

D.C. Docket No. 0:10-cv-61485-WPD


BANTA PROPERTIES, INC.,

Plaintiff-Appellee,


versus


ARCH SPECIALTY INSURANCE COMPANY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 24, 2014)

Before CARNES, Chief Judge, WILSON and FAY, Circuit Judges.

PER CURIAM:

In light of our opinion in *Banta Properties, Inc. v. Arch Specialty Insurance Co.*, No. 12-14186, __ F. App'x __ (11th Cir. Jan. 24, 2014), we vacate the judgment regarding attorneys' fees because Banta Properties, Inc. is no longer the prevailing party.  *See* Fla. Stat. §§ 626.9373, 627.428.

**VACATED** and **REMANDED** with instructions to enter judgment in favor of the appellant.